BOROUGH OF HADDON HEIGHTS, DEFENDANT, v. SAMUEL P. HUNT, PROSECUTOR.

Submitted April 20, 1917—Decided April 23, 1917.

An ordinance, imposing an occupation tax, that provides for exemptions that have no rational connection with such occupation, is invalid.

On *certiorari.*

Before GARRISON, J.

For the prosecutor, *Cyrus D. Marter.*

For the defendant, *Jess & Rogers.*

GARRISON, J. The ordinance is infirm, whether the occupation tax be a police or a revenue measure, for the reason that there is no rational connection between the occupation that is taxed and the conditions that exempt from such tax.

Residence in the borough is admittedly not enough, and having a regular place of business is on the same footing, in the absence of a requirement that the business conducted at such place shall bear some relation to the wares so peddled.

To exempt a peddler of produce because he had a music store or a photograph gallery would be arbitrary in the extreme. Whether or not such suggested requirement would meet this defect is not up for decision.

The payment of real estate taxes on a residence or place of business affords no basis for exemption from an occupa-

tion tax; the two imposts are entirely unrelated. A non-resident might own and pay taxes on all the real estate in the borough and still be required to pay· this occupation tax.

The grounds of exemption being thus arbitrary and illusory, the ordinance fails to support the conviction, which is set aside, with costs.